**BARCLAY DAMON LLP**
Robert K. Gross
Benjamin R. Zakarin
1270 Avenue of the Americas Ste. 501
New York, NY 10020
rgross@barclaydamon.com
bzakarin@barclaydamon.com
(212) 784-5800
*Attorneys for Defendant Land Air Sea Systems*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MARK PINTER, individually and on behalf of all others similarly situated,

       Plaintiff,

  v.

LAND AIR SEA SYSTEMS, INC.

       Defendant.

Case No. 1:22-cv-00185

Hon. William F. Kuntz II

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law and all pleadings hereto in this matter, Defendant Land Air Sea Systems, Inc., by and through the undersigned counsel, will move this Court, Hon. William F. Kuntz II, U.S.D.J., in Room 6H, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on May 23, 2022, at 9:30 am, or as soon thereafter as counsel can be heard, for an order pursuant to Rule 12 of the Federal Rules of Civil Procedure granting Defendant's Motion to Dismiss the Complaint pursuant to Rules 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure.

                                      Respectfully submitted,

Dated: March 28, 2022

**BARCLAY DAMON LLP**

By: _/s/ *Robert K. Gross*_____
      Robert K. Gross
  Benjamin R. Zakarin
  1270 Avenue of the Americas, Suite 501
  New York, New York 10020
  Telephone: 212-784-5800
  Fax: 212-784-5774
  rgross@barclaydamon.com
  bzakarin@barclaydamon.com

*Attorneys for Defendant, Land Air Sea Systems, Inc.*