UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARK PINTER, individually and on behalf of       :
all others similarly situated,
                                                             :   Case No. 1:22-cv-00185-WFK-MMH
           Plaintiff,
                                                             :
       v.
                                                              :
LAND AIR SEA SYSTEMS, INC.,
                                                              :
           Defendant.
                                                             :
-----------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, Declaration of Todd S. Garber and the exhibits thereto, and all papers previously submitted to the Court in the above-captioned action, plaintiff Mark Pinter ("Plaintiff") will move this Court before the Hon. William F. Kuntz at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order pursuant to Fed. R. Civ. P. 23(e):

      1.      Preliminarily approving the class action settlement as set out in the Class Action Settlement Agreement;

      2.      Preliminarily certifying the proposed settlement class described in the Class Action Settlement Agreement for purposes of the settlement;

      3.      Preliminarily appointing Plaintiff as the settlement class representative;

      4.      Preliminarily appointing Plaintiff's counsel, Todd S. Garber and Bradley F. Silverman of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, as class counsel;

      5.      Appointing Angeion Group as the settlement administrator;

      6.      Finding that the proposed notice plan constitutes the best notice practicable under the circumstances and directing that notice be disseminated pursuant to the terms of the proposed

notice plan;

7. Scheduling dates by which the parties and settlement class members are to comply with their requirements and obligations as more fully described in the Proposed Order filed concurrently herewith;

8. Setting a hearing date for the final approval of the proposed settlement, an award of attorneys' fees and costs, and a service award to Plaintiff; and

9. Granting such other and further relief as the Court deems just and proper.

Dated: March 21, 2025
White Plains, New York

                By: */s/ Todd S. Garber*
                    Todd S. Garber
                    Bradley F. Silverman
                    **FINKELSTEIN, BLANKINSHIP,**
                    **FREI-PEARSON & GARBER, LLP**
                    One North Broadway, Suite 900
                    White Plains, New York 10601
                    Tel: (914) 298-3281
                    tgarber@fbfglaw.com
                    bsilverman@fbfglaw.com

                    Paul M. Sod
                    337R Central Avenue
                    Lawrence, New York 11559
                    Tel: (516) 295-0707
                    Fax: (516) 295-0722
                    paulmsod@gmail.com

                    *Attorneys for Plaintiff and the*
                    *Settlement Class*