UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MARK PINTER, *individually and on
behalf of all others similarly situated,*

                        Plaintiff,

        v.

LAND AIR SEA SYSTEMS, INC.,

                    Defendant.

-------------------------------------------------------------------X

**ORDER**
22-CV-185 (WFK) (MMH)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On July 6, 2026, Magistrate Judge Marcia M. Henry issued a Report and Recommendations (the "R&R"), proposing the Court deny as moot any requested relief in pro se class member Mr. Ryan Horban's letter at ECF No. 59. The parties did not file any objections to the R&R, which were due by Monday, July 20, 2026. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). Finding no such error here, the Court adopts the R&R in its entirety and denies Mr. Horban's letter at ECF No. 59 as MOOT.

                                    **SO ORDERED.**

                                      **s/WFK**

                                   HON. WILLIAM F. KUNTZ, II
                                   UNITED STATES DISTRICT JUDGE

Dated: July 22, 2026
       Brooklyn, New York